No. 99–1883. R&W TECHNICAL SERVICES, LTD., ET AL. *v.* COMMODITY FUTURES TRADING COMMISSION. C. A. 5th Cir. Certiorari denied.

No. 99–1887. FOX *v.* FLORIDA BAR. Sup. Ct. Fla. Certiorari denied.

No. 99–1890. LUDGER ET AL. *v.* HELM AG ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–1891. KEANE *v.* IBM PENSION PLAN. Ct. App. Mich. Certiorari denied.

No. 99–1892. KEANE *v.* KEANE. Ct. App. Mich. Certiorari denied.

No. 99–1893. COOPERATIVA MULTIACTIVA DE EMPLEADOS DE DISTRIBUIDORES DE DROGAS ET AL. *v.* NEWCOMB ET AL. C. A. D. C. Cir. Certiorari denied.

No. 99–1894. PENNSYLVANIA *v.* BALODIS. Sup. Ct. Pa. Certiorari denied.

No. 99–1897. BOBBY R. ET AL. *v.* HOUSTON INDEPENDENT SCHOOL DISTRICT. C. A. 5th Cir. Certiorari denied.

No. 99–1899. WELLS *v.* LEE COUNTY, FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 99–1900. KEMPKER-CLOYD *v.* RENO, ATTORNEY GENERAL. C. A. 6th Cir. Certiorari denied.

No. 99–1901. HATCHIGIAN *v.* CRUZADO. Super. Ct. Pa. Certiorari denied.

No. 99–1903. MOORE *v.* FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. 5th Cir. Certiorari denied.

No. 99–1906. LOWERY ET AL. *v.* BURGESS ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–1907. J. D. BEHLES & ASSOCIATES *v.* ANGEL PROJECT I, LTD., ET AL. C. A. 10th Cir. Certiorari denied.